NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

        **v.**                              **Case No: 2:16-cr-084-1, 2**

**ALISON GU, MATTHEW ABEL**

**TAKE NOTICE** that the above-entitled case has been scheduled at 3:30 p.m. on Tuesday, May 16, 2017, at Burlington, Vermont before the Honorable Christina Reiss, Chief District Judge, for a Pretrial Conference.

**Location: Courtroom 542**　　　　　　　　　　**JEFFREY S. EATON, Clerk**
**Date of Notice: 5/1/2017**　　　　　　　　　　**By /s/Jennifer Ruddy**
　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**TO:**

**Michael Drescher, AUSA**

**Craig Nolan, Esq.**
**David McColgin, AFPD**

**Anne Pierce, Court Reporter**