UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JUN -6 PM 2:39

CLERK

BY ____LAW____
DEPUTY CLERK

| UNITED STATES OF AMERICA,<br>    Plaintiff, | |
|---|---|
| v. | Docket No. 2:16-cr-84-cr |
| ALISON GU,<br>    Defendant. | |

ORDER

On May 22, 2017, Defendant filed an Unopposed Motion to Continue. The Government does not oppose this motion.

Pursuant to 18 U.S.C. 3161(h)(7)(A), the Court finds that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial and that such ends are best served by granting an extension of time. Counsel was assigned in this case on May 22, 2017, and requires time to review discovery, investigate the case, consult with the Defendant, and prepare for trial. The case involves complicated fraud allegations and a mandatory minimum sentence. Additional time is therefore required by counsel for effective preparation, taking into account the exercise of due diligence.

Defendant's motion is, therefore, GRANTED, and a pre-trial conference shall be scheduled on Sept. 18, 2017.

It is further ordered that the period of delay resulting from this extension of time shall be excludable in computing the time in which the trial in this case must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases.

DATED AT Burlington, in the District of Vermont, this 6th day of June, 2017.

_____
U.S. District Judge

698054.1