## NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

       **v.**                          **Case No: 2:16-cr-084-1, 2**

**ALISON GU**
**MATTHEW ABEL**

**TAKE NOTICE that the above-entitled case has been scheduled at 1:00 p.m. on Monday, September 18, 2017, at Burlington, Vermont before the Honorable Christina Reiss, Chief District Judge, for a Pretrial Conference.**

| | |
|---|---|
| **Location: Courtroom 542** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 6/7/2017** | **By /s/Jennifer Ruddy** |
| | **Deputy Clerk** |

**TO:**

**Michael Drescher, AUSA**

**Lisa Shelkrot, Esq.**
**Craig Nolan, Esq.**

**Anne Pierce, Court Reporter**