NOTICE OF JURY DRAW AND JURY TRIAL

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

**v.**                                          **Case No: 2:16-cr-084-1, 2**

**ALISON GU**
**MATTHEW ABEL**

**TAKE NOTICE that the above-entitled case has been scheduled at 1:00 p.m. on Monday, October 30, 2017, at Burlington, Vermont before the Honorable Christina Reiss, Chief District Judge, for a Jury Draw.  Jury Trial will commence immediately thereafter and will continue through Thursday, November 9, 2017.**

**Location: Courtroom 542**                    **JEFFREY S. EATON, Clerk**
**Date of Notice: 6/7/2017**                   **By /s/Jennifer Ruddy**
                                               **Deputy Clerk**

**TO:**                                        TRIAL WILL RUN FROM 9:00 A.M. UNTIL 4:30 P.M.

**Michael Drescher, AUSA**                     PLEASE CONTACT KATHLEEN CARTER, JURY
                                               ADMINISTRATOR, FOR JURY
                                               QUESTIONNAIRES AT 802-951-6395, EXT. 110.

**Lisa Shelkrot, Esq.**
**Craig Nolan, Esq.**                          ALL COUNSEL ARE DIRECTED TO CONTACT JENNIFER
                                               RUDDY, COURTROOM DEPUTY CLERK, AT 951-8127 OR
                                               VISIT THE COURT'S WEBSITE AT www.vtd.uscourts.gov FOR
**Anne Pierce, Court Reporter**                TRIAL PREPARATION PROCEDURES INCLUDING THE
                                               PRE-MARKING OF EXHIBITS, JURY DRAW
                                               PROCEDURES AND PROCEDURES FOR USING THE
                                               COURTROOM'S EVIDENCE PRESENTATION
                                               SYSTEM