UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v().

MATTHEW ABEL,
    Defendant.

Crim. No. 2:16-cr-84

## STIPULATED MOTION TO CONTINUE SENTENCING

The parties request that the sentencing for defendant Matthew Abel, currently set for February 6, 2018, be continued for two months. The extra time will facilitate calculation, and potential resolution, of sentencing-related issues, including: amount of loss, forfeiture, and Abel's legal responsibilities, if any, relating to the minor children of his co-defendant Gu.

Respectfully submitted, this 22nd day of December, 2017.

        UNITED STATES OF AMERICA

        CHRISTINA NOLAN
        United States Attorney

By:  /s/ *Michael P. Drescher*
      Michael P. Drescher
      Assistant U.S. Attorney
      P.O. Box 570
      Burlington, VT 05402-0570
      (802) 951-6725
      Michael.Drescher@usdoj.gov

1

Certificate of Service

By filing the above document this day via the Court's electronic filing system, I certify a copy will be served on Craig Nolan, Counsel for Defendant.

December 22, 2017

By:  /s/ *Michael P. Drescher*
Michael P. Drescher
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Michael.Drescher@usdoj.gov

Certificate of Service

By filing the above document this day via the Court's electronic filing system, I certify a copy will be served on David McColgin and Craig Nolan, Counsel for Defendants.

March 17, 2017

> By: /s/ *Michael P. Drescher*
> Michael P. Drescher
> Assistant U.S. Attorney
> P.O. Box 570
> Burlington, VT 05402-0570
> (802) 951-6725
> Michael.Drescher@usdoj.gov